UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WEINAPPLE,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, et al.,<br><br>Defendants. | No. 2:24-cv-01769-DAD-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 24) |

Plaintiff Michael Paul Weinapple, proceeding *pro se*, initiated this civil action on June 24, 2024. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2025, the undersigned adopted findings and recommendations (Doc. No. 15) granting defendants' motion to dismiss (Doc. No. 9) and directing plaintiff to either file an amended complaint or a notice of his intent not to do so within thirty (30) days of the date of entry of that order. (Doc. No. 21 at 3.) When plaintiff failed to file either, on March 26, 2025, the assigned magistrate judge ordered plaintiff to show cause within fourteen (14) days of the date of entry of that order for why this action should not be dismissed for his failure to file either an amended complaint or a notice of his intent not to do so. (Doc. No. 23.) To date, plaintiff has not filed an amended complaint, a notice of intent not to do so, or a response the assigned magistrate judge's order to show cause. Accordingly, on April 23, 2025, the assigned magistrate judge

1

1 issued findings and recommendations recommending that this action be dismissed for failure to
2 state a claim. (Doc. No. 24.) The pending findings and recommendations were served upon
3 plaintiff and contained notice that any objections thereto were to be filed within fourteen (14)
4 days of the date of service. (*Id.* at 2.) To date, plaintiff has not filed any objections to those
5 findings and recommendations and the time in which to do so has passed.
6     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a
7 *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
8 pending findings and recommendations are supported by the record and proper analysis.
9     Accordingly,
10     1.     The findings and recommendations issued on April 23, 2025 (Doc. No. 24) are
11            adopted in full;
12     2.     This action is dismissed; and
13     3.     The Clerk of the Court is directed to close this case.
14 IT IS SO ORDERED.
15 Dated:  **June 26, 2025**
16                                                   DALE A. DROZD
17                                                   UNITED STATES DISTRICT JUDGE